UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD BENNETT
aka Na'im Abdul-Mateen,

       Plaintiff,                    Case No. 1:09-cv-730

v.                                      Honorable Paul L. Maloney

UNKNOWN HOUZE et al.,

       Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

This dismissal constitutes a "strike" for purposes of 28 U.S.C. § 1915(g).


Dated: August 21, 2009                    /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  Chief United States District Judge